UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATIONAL STAFFING
SOLUTIONS, INC.,

   Plaintiff,

vs.         CASE NO.:  6:23-cv-01542-CEM-RMN

ASCENDO RESOURCES, LLC,
AMY COSTELLO, KRISTOFER
MUNCH, STEVEN MEADOWS,
JACLYN ATCACHUNAS,
MICHAEL FOOR and BENJAMIN
BENAMI,

   Defendants.

_____/

**DEFENDANTS, STEVEN MEADOWS' AND ASCENDO RESOURCES,
LLC'S ("DEFENDANTS"), SHORT FORM RESPONSE IN OPPOSITION
TO PLAINTIFF'S SHORT FORM MOTION FOR SPOLIATION
SANCTIONS AGAINST DEFENDANTS STEVEN MEADOWS AND
ASCENDO RESOURCES, LLC ("MOTION")**

  Plaintiff is not entitled to sanctions pursuant to Federal Rule of Civil

Procedure 37(e).

  In order to obtain sanctions, Plaintiff must show: "(1) the ESI should have

been preserved in anticipation or conduct of the litigation; (2) the ESI is lost or

destroyed; (3) the loss of the ESI is due to the party's failure to take reasonable steps

to preserve the ESI; and (4) the ESI cannot be restored or replaced." *Pappalardo v.

Walgreen Co.*, No. 6:18-cv-1256-Orl-40DCI, 2019 WL 13488507, *4 (M.D. Fla.

Apr. 4, 2019). Additionally, the Court must find (1) Plaintiff was prejudiced from the loss of information; or (2) Defendants acted with the intent to deprive Plaintiffs of the information's use. *Id.* Plaintiff fails to show that it has met these elements.

Plaintiff's untimely Motion comes after the close of discovery and seeks sanctions against Defendants for failing to preserve records of a Domain that Plaintiff subpoenaed in a "prior" lawsuit in July 2022 and of which Plaintiff had access *at least* until June 13, 2023.

Notably, Plaintiff fails to disclose that Defendants were not parties to the "prior" lawsuit and that Defendants complied with said subpoena. Fault lies with Plaintiff if it failed to preserve the information previously produced. When Meadows resigned he did not renew the Domain on June 13, 2023, *before* this action was filed on August 11, 2023, and Defendants had no reason to know that they would be sued. Defendants did not have a duty to preserve evidence in *this* case, simply due to the fact that they were served a non-party subpoena in another case. *See In re Abilify (Aripiprazole) Products Liability Litigation*, No. 3:16-md-2734, 2018 WL 4856767, *3-4 (N.D. Fla. Oct. 5, 2018) (finding that defendant did not have a duty to preserve based upon the existence of other, similar lawsuits and because reasonable anticipation means much more than mere possibility of litigation).

Defendants had no duty in this case to further preserve records already produced in the "prior" lawsuit. Plaintiff did not send a spoliation letter to

2

Defendants. The Domain was not renewed on June 13, 2023, and Plaintiff had access to said records since around July 2022.  Plaintiff has not shown that Meadows' passive non-renewal of the Domain was done with intent to deprive Plaintiff of the information's use, or that the ESI is not recoverable from the Domain host or email recipients. In light of their prior productions, Defendants presumed that Plaintiff already possessed the information and had no reason to know that Plaintiff would fail to preserve it.

Plaintiff also fails to set forth any facts supporting their statement that "[t]he loss has greatly prejudiced National" or that "[c]ircumstances indicate an intent to deprive National of the ESI." The Motion merely states that the Domain was used by non-party Sanchez and possibly other employees to solicit clients, which in itself is not improper.  The Motion also fails to show any deliberate acts by Defendants.

Plaintiff's Motion should be denied.

***

Ascendo requests additional briefing.

Dated:  June 30, 2025

Respectfully submitted,

/s Lan Kennedy-Davis

LAN KENNEDY-DAVIS
Florida Bar No.:  534021
E-mail:  lkennedy@rumberger.com
SUZANNE BARTO HILL
Florida Bar No.:  0846694
E-mail:  shill@rumberger.com
SAMANTHA C. DUKE
Florida Bar No.:  0091403
E-mail:  sduke@rumberger.com
SARA LEWIS KALLOP
Florida Bar No.:  1018619
E-mail:  skallop@rumberger.com
RUMBERGER, KIRK & CALDWELL,
P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300 / Fax:  407.841.2133
Attorneys for Defendants, Ascendo
Resources, LLC and Steven Meadows

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2025, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will send

a notice of electronic filing via email to all counsel of record.

/s Lan Kennedy-Davis

LAN KENNEDY-DAVIS
Florida Bar No.: 534021
E-mail: lkennedy@rumberger.com
SUZANNE BARTO HILL
Florida Bar No.: 0846694
E-mail: shill@rumberger.com
SAMANTHA C. DUKE
Florida Bar No.: 0091403
E-mail: sduke@rumberger.com
SARA LEWIS KALLOP
Florida Bar No.: 1018619
E-mail: skallop@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300 / Fax: 407.841.2133
Attorneys for Defendants, Ascendo Resources, LLC
and Steven Meadows

5