## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

NATIONAL STAFFING SOLUTIONS, INC.,

    *Plaintiff*,

v.                                                    Case No. 6:23-cv-1542-CEM-LHP

ASCENDO REOURCES, LLC, and
KRISTOFER MUNCH, *et al.*,

    *Defendants*.

_____/

## **JOINT NOTICE OF SETTLEMENT**

Plaintiff, NATIONAL STAFFING SOLUTIONS, INC., and Defendant, KRISTOFER MUNCH, by and through their undersigned counsel and pursuant to Local Rule 3.09(a), Middle District of Florida Local Rules, hereby notify the Court that the Parties have reached a settlement of this matter and are working together to finalize a written settlement agreement. The parties respectfully request that the Court stay all pending deadlines as they relate to relief sought by and against Munch and allow them 10 days to file a stipulated dismissal upon completion of this process.

Respectfully submitted this 22nd day of July, 2025.

| | |
|---|---|
| By:/s/ *Scott Richards* | By: /s/ *Christopher S. Prater* |
| Scott Richards, Esq. | Christopher S. Prater, Esq. |
| Florida Bar No.: 72657 | Florida Bar No.: 105488 |
| srichards@losey.law | cprater@pollardllc.com |
| LOSEY PLLC | POLLARD PLLC |
| 1340 Edgewater Dr. | 401 E. Las Olas Blvd., #1400 |
| Orlando, FL 32804 | Fort Lauderdale, FL 33301 |
| (407) 900-1340 | Telephone: (954) 332-2380 |
| | Facsimile: (866) 594-5731 |
| *Counsel for Plaintiff National Staffing Solutions, Inc.* | *Counsel for Defendants Munch and Costello* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following:

Counsel for Munch and Costello: Michael A. Boehringer, Jonathan E. Pollard, Chris Prater, Pollard PLLC; Email: mboehringer@pollardllc.com jpollard@pollardllc.com, cprater@pollardllc.com.

Counsel for Ascendo, Atchachunas, Meadows, Foor, Benami: Rumberger Kirk, Lan Kennedy-Davis, lkennedy@rumberger.com, Suzanne Barto Hill, Shill@Rumberger.Com, Samantha C. Duke, Sduke@Rumberger.Com, Sara Lewis Kallop, Skallop@Rumberger.Com.

By: */s/ Christopher S. Prater*
Christopher S. Prater, Esq.